UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| RICHARD CROSS, | : | |
| | : | Civil Action No. 11-0998 (SDW) |
| Plaintiff, | : | |
| v. | : | |
| | : | **ORDER** |
| SHANTAY BRAME ADAMS, et al, | : | |
| | : | |
| Defendants. | : | May 7, 2013 |
| | : | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed April 19, 2012, regarding Defendants' Johnson, Lorana, Long, and Datz (collectively "Defendants") Motion to Dismiss the Complaint filed by *pro se* Plaintiff Richard Cross ("Plaintiff"). No objections to the R&R have been filed.

The Court has reviewed the R&R and related documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS**, on this 7th day of May, 2013,

**ORDERED** that the R&R of Magistrate Judge Arleo is **ADOPTED** by this Court; and it is further

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint be **DISMISSED** with prejudice.

**SO ORDERED.**

                                                                    s/Susan D. Wigenton, U.S.D.J.

cc:   Magistrate Judge Madeline C. Arleo